UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KOTECHA BROTHERS LLC,

*Plaintiff,*

– against –

ALAM PRODUCE CORP. and ALAM
TAMZIMUL,

*Defendants.*

**ORDER**
24-cv-07044 (NCM) (LKE)

---

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation ("R&R") dated February 10, 2026, from the Honorable Lara K. Eshkenazi, United States Magistrate Judge. ECF No. 26. No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

1

Accordingly, plaintiff's motion for default judgment against defendants is granted as to liability. Plaintiff is awarded (1) prejudgment interest on the amount due to be awarded at a rate of 9% per annum from the date of default and (2) $37,749.00 for unpaid invoice amounts past due. Plaintiff is denied attorneys' fees and costs.

**SO ORDERED.**

_/s/ Natasha C. Merle_
NATASHA C. MERLE
United States District Judge

Dated:    March 17, 2026
          Brooklyn, New York